NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAMILLE M. CAESAR,**
*Petitioner,*

**v.**

**DEPARTMENT OF COMMERCE,**
*Respondent.*

---

2012-3125

---

Petition for review of the Merit Systems Protection Board in case No. DC0752100394-1-1.

---

**JUDGMENT**

---

EDWARD HAROLD PASSMAN, Passman & Kaplan, P.C., of Washington, DC, argued for petitioner.

JANE W. VANNEMAN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, and JEANNE E. DAVIDSON, Director. Of counsel was HILLARY STERN.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 8, 2013 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |